UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ATLANTIC MARINE CONSTRUCTION
COMPANY, INC.,

    Plaintiff,

    v.                                    Civil Action No. 2:15cv508

CHRISTOPHER J. McGRATH; and
C&C CONTRACTORS, LLC,

    Defendants.

## JOINT MOTION FOR ENTRY OF
## AGREED PERMANENT INJUNCTION ORDER AND FINAL JUDGMENT

Plaintiff Atlantic Marine Construction Company, Inc. ("AMC") and Defendant J. McGrath ("McGrath") jointly move for entry of the attached Agreed Permanent Injunction Order and Final Judgment.

                          Respectfully submitted,

                          ATLANTIC MARINE CONSTRUCTION
                          COMPANY, INC.

                          /s/
                          Anne G. Bibeau, Esq. (VSB #41488)
                          Vandeventer Black LLP
                          101 W. Main St., Ste. 500
                          Norfolk, VA 23510
                          Tel. 757-446-8600
                          Fax 757-446-8670
                          abibeau@vanblk.com

                          CHRISTOPHER J. McGRATH

                          /s/
                          Scott W. Kezman (VSB No. 36831)
                          Clark J. Belote (VSB No. 87310)
                          Kaufman & Canoles, P.C.
                          150 West Main Street, Suite 2100

            Norfolk, Virginia 23510
            Tele:(757) 624-3000
            Fax: (888) 360-9092
            E-mail: swkezman@kaufcan.com
            E-mail: cjbelote@kaufcan.com

**CERTIFICATE OF SERVICE**

   I certify that on July 25, 2016, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Scott Kezman, Esq.
Kaufman & Canoles, P.C.
150 West Main St., Ste. 2100
Norfolk, VA 23510
swkezman@kaufcan.com
*Counsel for Defendant Christopher J. McGrath*

/s/_____
Anne G. Bibeau, Esq. (VSB #41488)
Vandeventer Black LLP
101 W. Main St., Ste. 500
Norfolk, VA 23510
Tel. 757-446-8600
Fax 757-446-8670
abibeau@vanblk.com

   4848-7240-2738, v. 1